UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

AVERN LEE BURNSIDE,

        Plaintiff,

Case No. 1:21-cv-97

Honorable Hala Y. Jarbou

v.

RANDEE REWERTS, et al.,

        Defendants.
_____/

## ORDER TO SHOW CAUSE

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. This matter is presently before the Court regarding Plaintiff's failure to pay the initial partial filing fee. By order entered January 29, 2021, the Court granted Plaintiff leave to proceed *in forma pauperis* (ECF No. 9). The Court informed Plaintiff he must pay an initial partial filing fee of $54.47. (*Id.*) ("Plaintiff must pay an initial partial filing fee of $54.47.") The Court directed the Michigan Department of Corrections to collect the funds from Plaintiff's trust account and remit them within 28 days. Plaintiff has not paid the initial partial filing fee. Payment is overdue by several weeks.

Plaintiff shall show cause for his failure to timely pay the initial partial filing fee within 28 days. If Plaintiff does not demonstrate cause for his failure to pay the initial partial filing fee, his complaint may be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated:  April 26, 2021                  /s/ Ray Kent
                                                                       Ray Kent
                                                                       United States Magistrate Judge